IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CANDACE CAUSEY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　CIVIL ACTION NO. 5:12-CV-250 (MTT)
　　　　　　　　　　　　　　　　　)
SAM'S EAST, INC.,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　)

### ORDER

Pursuant to Fed. R. Civ. P. 35, the Court's January 31, 2013, Order (Doc. 35), and a teleconference with the parties conducted March 12, 2013, the Court further orders that the neuro-psychological and mental examination of the Plaintiff be conducted by Nicholas DeFilippis, Ph.D. in the following manner:

**I. Manner, Conditions, and Scope of the Examination**

　　a.　The Plaintiff will sign in and will complete some patient intake paperwork.

　　b.　Then, she will meet with Dr. DeFilippis to discuss the intake paperwork. Dr. DeFilippis will obtain a history from the Plaintiff, including any problems she is currently experiencing, a general medical history, a past mental health history, a work history, a history of family dynamics, and a list of any medications.

　　c.　Dr. DeFilippis' psychometrist will then meet with the Plaintiff to administer testing. Depending on the date of the examination, the psychometrist will either be Natalie Yagley or Raysa Abrew. Ms. Yagley and Ms. Abrew both hold Master's degrees in Pscychology. The testing to be performed by the

psychometrist and Dr. DeFilippis will include the Minnesota Multiphasic Personality Inventory, Pain Patient Profile or Behavioral Health Inventory, Wechsler's Adult Intelligence Scale, Wechsler's Memory Scale, Seashore Rhythm Test, Speech and Sounds Perception Test.  Dr. DeFilippis will also administer one or two measures of effort and one or two measures of validity.

    d. During the examination, the Plaintiff is allowed to take breaks as needed, and the patient will have a break for lunch.

## II. Time, Date, and Location

The examination of the Plaintiff will occur at the office of Nicholas DeFilippis, Ph.D., 990 Hammond Drive, Lakeside Commons, Suite 730, Bldg. 1, Atlanta, Georgia 30339.  The time and date for the exam is to be determined and will be agreed upon by the parties.  The exam will be approximately six hours in length with a lunch break.

Further, the Defendant shall arrange for and pay for the lodging of the Plaintiff and those who travel with her to the examination.  This lodging shall be provided for the night preceding the date of the examination at a location near Dr. DeFilippis' office.  The quality of the lodging shall be equal to or greater than that of a Marriott Courtyard Hotel.

**SO ORDERED**, this 12th day of March, 2013.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT